FILED

# UNITED STATES DISTRICT COURT

for the

Central District of California

Western Division

2019 JUL 17 PM 4:01

CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

BY: [signature]

Homayoun Bazargan

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

County of Los Angeles and DOES 1- 10

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. CV19-06169-DSF-FFMx
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Homayoun Bazargan |
| Street Address | 269 SO Beverly Dr Suite 1296 |
| City and County | Beverly Hills, Los Angeles |
| State and Zip Code | CA 90212 |
| Telephone Number | 818-917-5413 |
| E-mail Address | DKTAFOX@YAHOO.COM |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | County of Los Angeles |
| Job or Title *(if known)* | Clerk of Board of Supervisors |
| Street Address | 500 W Temple Street # 383 |
| City and County | Los Angeles, Los Angeles |
| State and Zip Code | CA 90012 |
| Telephone Number | (213) 974-1411 |
| E-mail Address *(if known)* | Unknown |

Defendant No. 2

| | |
|---|---|
| Name | DOES 1-50 |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**C. Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Los Angeles County District Attorney's Office |
| Street Address | 211 West Temple Street |
| City and County | Los Angeles, Los Angeles |
| State and Zip Code | CA , 90012 |
| Telephone Number | (213) 974-3512 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☑ Relevant state law *(specify, if known)*:

California Fair Employment and Housing Act

☑ Relevant city or county law *(specify, if known)*:

County Adminstrative Appellate / Review

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [x] Failure to hire me.
- [ ] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [ ] Other acts *(specify)*: To further supplemented and amended upon discovery

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

12/29/2016 - 3/20/2018

C. I believe that defendant(s) *(check one)*:

- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [x] race
- [ ] color
- [x] gender/sex
- [x] religion
- [x] national origin
- [x] age *(year of birth)* 1969 *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

Attached Statement of Facts included. Plaintiff resevers the right to sumplement and amend his Complaint

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
4/10/2019

B. The Equal Employment Opportunity Commission *(check one)*:

- ☐ has not issued a Notice of Right to Sue letter.
- ☑ issued a Notice of Right to Sue letter, which I received on *(date)* 04/21/2019 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

- ☐ 60 days or more have elapsed.
- ☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Any and all statatury. and punitive damages as applicable by law. An economic loss damages of $ 1,000,000.00 as well as back pay. An injunctive relief for reinstatatment of Employment. Plaintill will suplement and amand his Complaint.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/17/19

Signature of Plaintiff

Printed Name of Plaintiff Homayoun Bazargan

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**Plaintiff's Statement of Facts**

**Bazargan vs County of Los Angeles et al**

A. ***Brief Chronology of Events***:

a) I was offered a position as Senior Paralegal with the Healthcare Fraud Division of Los Angeles District Attorney's Office on or about December 2016.

b) A comprehensive back ground check was conducted, albeit full of errors, nevertheless; I was cleared of any wrongdoing prior to job offer.

c) Sometimes before December 29, 2016, in a separate legal proceeding, it was revealed that I am of Azerbaijani descent, in front of Armenian speaking attorney of the County.

d) On or about December 29, 2016, the offer was withdrawn to an "undisclosed, unknown" reason.

e) I filed an appeal promptly.

f) The appeal result was issued on March 13, 2018, and my appeal was rejected due to the same "undisclosed, unknown" reason within the "background check," that I was cleared of One year and 6 months ago.

g) On or about March 20, 2018, it was revealed to me that:

1. My ethnicity and age were relevant factors and 2. County was to retaliate against my previous aforementioned claim. 3. I presumed I also profiled as a Muslim by default as well.

2. Furthermore, I was told that despite employment of a significant number of Armenians within ranks of different agencies of Los County, no person of Turkic ethnicity is known to be employed in any agency.

3. A significant number of "Decision Makers" and "Recruiters" within ranks of County of Los Angeles, Department of Human Resources are Armenians and no person of Turkic ethnicity is known to be employed in that department.

4. Incidentally, and perhaps relevant to this matter, it was revealed to me that Attorney for County in the previously mentioned legal proceeding fraudulently did not disclose to the Court that Hired Candidate was from Armenian ethnicity. He was generalized as "Iranian" (Imagine if Nazi – Jewish issues in the Third Reich era was to be simply looked at from "German to German" prism!). This issue may or may not be examined by the EEOC, as well.

B. ***Relevant Facts investigation throughout 2018***:

1. The information with regard to unusual high congregation of Armenian ethnicity and lack of Turkic ethnicity was true. It was independently investigated, and statistically analyzed. Statistics, Data Analytic, and Data Science cannot be wrong.

2. As a matter a fact, Armenians even surpass even Chinese Americans in the study as far as hiring and employment is concerned.

3. The ranks of District Attorney's Office ("Office") are full of Armenians, but no Turkic speaking person is to be found. Also:

   a) I investigated three individuals all related to active criminals and members of "Armenian Mob" who are holding key and sensitive positions in this Office, regretfully.

   b) After my job offer withdrawn, many more Armenians were hired in the different divisions of the Office.

**FIRST CLAIM FOR RELIEF**

National Origin-Based Discrimination (Disparate Impact) in Violation of Title VII of the Civil Rights Act of 1964, *as amended*, 42 U.S.C. § 2000e-2(a)

Plaintiff incorporate by reference as if fully set forth herein the allegations contained in Brief Chronology of Events

Section 703 of Title VII, 42 U.S.C. § 2000e-2, prohibits employment practices that discriminate against persons on the basis of their national origin. Plaintiff is and believe and thereon allege that Defendants 'practice, process(es) and/or policy had an adverse and disproportionate impact on him because of his national origin and ethnicity.

As a direct, legal and proximate result of the discrimination, Plaintiff has sustained, and will continue to sustain, economic and emotional injuries, resulting in damages in an amount to be proven at trial.

Defendants' unlawful actions were intentional, willful, malicious, and/or done with reckless disregard to Plaintiffs' right to be free from discrimination based on national origin.

Plaintiff is entitled to their reasonable attorneys' fees and costs of suit.

## SECOND CLAIM FOR RELIEF

Age-Based Discrimination in Violation of
Title VII of the Civil Rights Act of 1964, *as amended*,
42 U.S.C. § 2000e-2(a)

Plaintiff incorporate by reference as if fully set forth herein the allegations contained in Brief Chronology of Events

Section 703 of Title VII, 42 U.S.C. § 2000e-2, prohibits employment practices that discriminate against persons on the basis of their Age. Plaintiff is informed and believe and thereon allege that Defendants'practice, process(es) and/or policy had an adverse and disproportionate impact on him because of his age.

As a direct, legal and proximate result of the discrimination, Plaintiff has sustained, and will continue to sustain, economic and emotional injuries, resulting in damages in an amount to be proven at trial.

Defendants' unlawful actions were intentional, willful, malicious, and/or done with reckless disregard to Plaintiffs' right to be free from discrimination based on age.

Plaintiff is entitled to their reasonable attorneys' fees and costs of suit.

**THIRD CLAIM FOR RELIEF**

Retaliation in Violation of
Title VII of the Civil Rights Act of 1964, *as amended*,
42 U.S.C. § 2000e-3(a)

Plaintiffs incorporate by reference allegations contained in Brief Chronology of Events

Section 704(a) of Title VII of the Civil Rights Act of 1964, *as amended*, prohibits employers from discriminating against an employee "because [she] has opposed any practice made an unlawful employment practice by this subchapter." 42 U.S.C. § 2000e-3(a).

Plaintiff made informal and formal complaints to Defendants' agents and employees opposing Defendants' unlawful, discriminatory employment practices based on national origin and sex.

Defendants' retaliatory actions were sufficient to deter a reasonable person from engaging in protected activity under Title VII.

As a direct, legal and proximate result of Defendants' retaliation, Plaintiff has sustained, and will continue to sustain, economic and emotional injuries, resulting in damages in an amount to be proven at trial.

1. Plaintiff is entitled to their reasonable attorneys' fees and costs of suit.

**FORTH CLAIM FOR RELIEF**

National Origin-Based Discrimination (Disparate Impact) in Violation of
California Law Against Discrimination

Plaintiffs incorporate by reference as if fully set forth herein the allegations contained in allegations contained in Brief Chronology of Events

California Law Against Discrimination (FEHA) makes it unlawful for an employer to discriminate against an individual "in compensation or in terms, conditions or

privileges of employment" because of national origin and ancestry.

Plaintiff is informed and believe and thereon allege that Defendants' hiring practices had an adverse and disproportionate impact on them because of his national origin.

As a direct, legal and proximate result of the discrimination, Plaintiff has sustained, and will continue to sustain, economic damages to be proven at trial. As a result of Defendants' actions, Plaintiff has suffered emotional distress, resulting in damages in an amount to be proven at trial. Plaintiff further seeks compensatory and punitive damages and all other injunctive, declaratory, and monetary relief available for discrimination at trial.

Defendants' unlawful actions were intentional, willful, malicious, and/or done with reckless disregard to Plaintiffs' right to be free from discrimination based on national origin and ancestry.

Plaintiff is entitled to reasonable attorneys' fees and costs of suit.

**FIFTH CLAIM FOR RELIEF**

Age-Based Discrimination in Violation of California Law Against Discrimination

Plaintiffs incorporate by reference as if fully set forth herein allegations contained in allegations contained in Brief Chronology of Even

California Law Against Discrimination (FEHA) makes it unlawful for an employer to discriminate against an individual "in compensation or in terms, conditions or privileges of employment" because of age.

Defendants discriminated against Plaintiff in hiring because of his age.

Plaintiff's age was the determining factor and/or a motivating factor in Defendants' actions.

As a direct, legal and proximate result of the discrimination, Plaintiffs have

sustained, and will continue to sustain, economic damages to be proven at trial. As a result of Defendants' actions, Plaintiff has suffered emotional distress, resulting in damages in an amount to be proven at trial. Plaintiff further seeks compensatory and punitive damages and all other injunctive, declaratory, and monetary relief available for discrimination at trial.

Defendants' unlawful actions were intentional, willful, malicious, and/or done with reckless disregard to Plaintiff's right to be free from discrimination based on age.

Plaintiffs are entitled to reasonable attorneys' fees and costs of suit.

## DECLARATORY RELIEF ALLEGATIONS

A present and actual controversy exists between Plaintiff and Defendants concerning their rights and respective duties. Plaintiff contend that Defendants violated their rights under Title VII, and FEHA . Plaintiff is informed and believe and thereon allege that the Defendants deny these allegations. Declaratory relief is therefore necessary and appropriate.

Plaintiff seek a judicial declaration of the rights and duties of the respective parties

## INJUNCTIVE RELIEF ALLEGATIONS

No plain, adequate, or complete remedy at law is available to Plaintiffs to redress the wrongs addressed herein.

If this Court does not grant the injunctive relief sought herein, Plaintiffs will be irreparably harmed.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff pray for relief as follows:

1. For a declaration that Defendants' actions, policies, and practices as alleged herein are unlawful;

2. For reinstatement of the actual position;

3. For lost wages and all other compensation denied or lost to Plaintiff by reason of Defendants' unlawful actions, in an amount to be proven at trial;

4. For compensatory damages for Plaintiffs' emotional pain and suffering, in an amount to be proven at trial;

5. For punitive damages in an amount to be determined at trial;

6. For liquidated damages;

7. For interest on lost wages, compensation, and damages, including pre- and post-judgment interest and an upward adjustment for inflation;

8. For economic damages of $ 1,000,000.00;

9. For an order enjoining Defendants from engaging in the unlawful acts complained of herein;

10. For reasonable attorneys' fees and costs of suit pursuant to 42 U.S.C. § 2000e-5(k), New Jersey Revised Statutes § 10:5-27.1, and other laws; and

11. For such other and further relief as this Court deems just and proper.



EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: [ ] FEPA [X] EEOC

Agency(ies) Charge No(s): **480-2019-01129**

**California Department Of Fair Employment & Housing** and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Homayoun Bazargan** | **(818) 917-5413** | **1969** |

Street Address / City, State and ZIP Code

**P.O. Box 4663, West Hills, CA 91308**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **COUNTY OF LOS ANGELES** | **500 or More** | **(213) 738-2211** |

Street Address / City, State and ZIP Code

**Healthcare Fraud Division, 3333 Wilshire Blvd. Ste. 1000, Los Angeles, CA 90010**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address / City, State and ZIP Code

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

[ ] RACE [ ] COLOR [ ] SEX [X] RELIGION [X] NATIONAL ORIGIN
[ ] RETALIATION [X] AGE [ ] DISABILITY [ ] GENETIC INFORMATION
[X] OTHER (*Specify*)

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest | Latest |
|---|---|
| **12-29-2016** | **03-20-2018** |

[ ] CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

On or about August or September 2015, I applied with the Healthcare Fraud Division of Los Angeles District Attorney's Office for the Senior Paralegal position. On or about October 3, 2016, I was selected for the position. On or about December 29, 2016, I was informed by the Los Angeles County District Attorney's Office Bureau of Administrative Services, that the position was withdrawn. On or about March 20, 2018, I became aware that two individuals of Armenian ethnicity were hired and that the entire District Attorney's Office does not have any employees of Turkic ethnicity. I also believe that when I disclosed my national origin, may have been a factor for the position being withdrawn. Statistically, while there is a significant presence of Aramean ethnicity within ranks of Los Angeles County employment system, there is no Turkic speaking ethnicity presence at all.

The reason given by the Los Angeles County District Attorney's Office Bureau of Administrative Services for the position being withdrawn was that I did not pass my background investigation.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

**Apr 10, 2019**

Date

Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*)

RECEIVED
APR 10 2019
EEOC/LADO
INTAKE

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | [ ] FEPA | |
| | [X] EEOC | 480-2019-01129 |

**California Department Of Fair Employment & Housing** and EEOC

*State or local Agency, if any*

I believe I have been discriminated against due to my ethnicity, Turkic speaking and my religion Muslim, in violation of Title VII of the Civil Rights Act of 1964, as amended and my age (1969), in violation of the Age Discrimination in Employment Act of 1967, as amended.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct.<br><br>Apr 10, 2019<br>*Date* *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

EEOC Form 161 (11/16)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

To: Homayoun Bazargan
P.O. Box 4663
West Hills, CA 91308

From: Los Angeles District Office
255 E. Temple St. 4th Floor
Los Angeles, CA 90012

☐ On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 480-2019-01129 | Shawnda X. Burnett, Investigator Support Asst | (213) 894-1049 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

[signature] for

Rosa M. Viramontes,
District Director

4/17/2019
*(Date Mailed)*

Enclosures(s)

cc: Steven Strati, Principal Analyst
County Equity Investigations Unit
County of Los Angeles
Kenneth Hahn Hall of Administration
500 West Temple Street, Suite 588
Los Angeles, CA 90012