FILED
CLERK, U.S. DISTRICT COURT
JUL 2 4 2019
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMAYOUN BAZARGAN,<br><br>PLAINTIFF(S)<br>v.<br>COUNTY OF LOS ANGELES, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV19-6169 DSF (FFMx)<br><br>**ORDER STRIKING FILED DOCUMENTS<br>FROM THE RECORD** |

WHEREAS, the documents listed below were improperly filed for the following reason(s)
Discovery case

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| #6 - Order regarding submission of complaint to USM for service | 07/22/2019 |
| #7 - Order regarding time limit for serving complaint | 07/22/2019 |
| #8 - Order directing service of process by USM | 07/22/2019 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

7-24-19
Date

United States Magistrate Judge