Homayoun Bazargan
269 SO Beverly Dr. Suite 1296
Beverly Hills, CA 90212
TEL: 818-917-5413
Email: dktafox@yahoo.com
For Plaintiff, appearing in pro per

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION



| | |
|---|---|
| In re: : HOMAYOUN BAZARGAN,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY F LOS ANGELES, and DOES 1-10<br><br>Defendants | Case No.: CV19-06169-DSF-FFMX<br><br>Application ~~MOTION~~ FOR APPOINTMENT OF COUNSEL UNDER SECTION 706(f) OF THE CIVIL RIGHTS ACT OF 1964<br><br>**Hearing Requested** |

Pursuant to Section 706(f) of the Civil Rights Act of 1964, in the best interests of justice and Equitable Public Interest at large, Plaintiff respectfully requests that this Honorable Court to appoint a counsel for proper representation of Plaintiff's rights and in the interest of justice through her equitable powers based on following facts: .

I declare that my representations embedded in foregoing are true and correct

---

**MOTION FOR APPOINTMENT OF COUNSEL UNDER SECTION 706(f) OF THE CIVIL RIGHTS ACT OF 1964**    Page 1

I, the above named Plaintiff/Petitioner, do hereby swear that I am unable to pay the costs of said proceeding or give security therefore, that I believe I am entitled to redress, and that I am unable to litigate this case on my own behalf because of the following points:

### A. **Efforts to Obtain Counsel has been exhausted**

In support of this motion, Plaintiff/Petitioner states that I have made a diligent effort to employ counsel and contacted numerous attorneys.

In support of this motion, Plaintiff/Petitioner states that I made a diligent effort to obtain the assistance of counsel by contacting the legal aid organizations, lawyer referral service, or *pro bono* attorneys.

I have not been able to retain counsel due to the stigma, ignorance and prejudice associated with Turkic-Armenian historical context and/or complexities of Public Entity Employment litigation

### B. **Financial Situation of the Plaintiff**

I am financially unable to hire an attorney because I am unemployed. This Honorable Court graciously and generously has granted a status of in forma pauperis so I could file this Litigation

---

**MOTION FOR APPOINTMENT OF COUNSEL UNDER SECTION 706(f) OF THE CIVIL RIGHTS ACT OF 1964**                                                                 Page 2

### C. **Complexity of Issues and Urgency of Matter merits presence of an attorney for Plaintiff**

There are additional urgent and relevant matters that make a case for proper counsel meritorious:

I.
1. This a case about desegregation and prevention of ethnic cleansing utilizing public employment civil service system. It may involve similarly situated persons and the an associated complexity merits the presence of proper counsel. I respectfully refer this Court to the historical experiences of her colleagues in Alabama, Mississippi and other areas of 5th and 11th Federal Appellate Districts.

2. This case involves one of severest human rights violations that this District has had the opportunity to render adjudication(s). Plaintiff asserts that Defendant(s) have prevented his family unification with his mother and sister (after 31 years), in one of the darkest eras of United States history, by their actions.

The court and opposing counsel deserve a buffer zone with the Plaintiff to prevent emotional spill into the judicial process so both parties enjoy an impartial due process.

3. There are close to 330 million Turkic speaking population in the world, geographically situated in at least 12 sovereign countries. With the passage of the time, this Honorable Court may witness the entrance of aforementioned countries' legations as well as US

MOTION FOR APPOINTMENT OF COUNSEL UNDER SECTION 706(f) OF
THE CIVIL RIGHTS ACT OF 1964                                                          Page 3

Department of Justice at one form or another to this case. This will add to the complexities and makes presence of an attorney for the Plaintiff a dire necessity.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this in to the court.

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants

I respectfully request the appointment of counsel through equitable powers of this Honorable Court.

Dated this 16th Day of August, 2019

_____
Homayoun Bazargan, Movant

MOTION FOR APPOINTMENT OF COUNSEL UNDER SECTION 706(f) OF THE CIVIL RIGHTS ACT OF 1964                                           Page 4