FILED
CLERK, U.S. DISTRICT COURT
AUG 2 2 2019
CENTRAL DISTRICT O CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMAYOUN BAZARGAN,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, *et al.*,<br><br>    Defendants. | No. 2:19-CV-06169-DSF-FFM<br><br>NOTICE OF SUBMISSION OF DOCUMENTS TO UNITED STATES MARSHAL |

    Plaintiff hereby states under penalty of perjury that he has complied with the Court's Order Regarding Submission of Complaint to United States Marshal for Service. On 8/22/2019, plaintiff sent the following to the United States Marshal:

    ✗ completed summons

    ✗ completed USM-285 form(s)

    7 copies of the Complaint, filed on July 17, 2019.

    Plaintiff further states under penalty of perjury that he has not requested service by the United States Marshal upon any person other than those listed in the Court's Order directing service of process by the United States Marshal.

DATED: 8/22/19

                                                      HOMAYOUN BAZARGAN
                                                      PLAINTIFF