# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMAYOUN BAZARGAN,<br>    Plaintiff, | CV 19-6169 DSF (FFMx) |
| v. | JUDGMENT |
| COUNTY OF LOS ANGELES,<br>    Defendant. | |

The Court having granted a motion to dismiss,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed with prejudice.

Date: November 12, 2019

_____
Dale S. Fischer
United States District Judge